UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EVAN PARKER,

    Plaintiff

v.

DAMON ZAVALA, et al.,

    Defendants

Case No.: 3:24-cv-00300-MMD-CSD

**Order**

The Clerk shall **ISSUE** summonses for defendants Kathleen Henderson, Recon Health Services, and Damon Zavala, and deliver the same to the U.S. Marshal for service. The Clerk shall also send sufficient copies of the FAC (ECF No. 6) and this Order to the U.S. Marshal for service on these Defendants. As a reminder, the court gave Plaintiff until November 3, 2025, to complete service on all Defendants. (*See* ECF No. 24.)

**IT IS SO ORDERED**.

Dated: September 29, 2025

_____
Craig S. Denney
United States Magistrate Judge