# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVAN M. PARKER,<br><br>    Plaintiff<br><br>v.<br><br>DAMON ZAVALA, et al.,<br><br>    Defendants | Case No.: 3:24-cv-00300-MMD-CSD<br><br>**Order**<br><br>Re: ECF Nos. 34, 39, 40 |

On October 22, 2025, the court issued an order striking discovery documents filed with the court by Plaintiff and advised Plaintiff that he shall not file discovery documents with the court unless ordered by the court. (ECF No. 37.)

Nevertheless, Plaintiff has filed general disclosure documents listed from his initial disclosure (ECF No. 34), interrogatories to Damon Zavala (who has not yet been served), as well as interrogatories to Von Jaeger (ECF No. 40).

The Clerk shall **STRIKE** ECF Nos. 34, 39, and 40. Plaintiff shall not file discovery documents with the court unless ordered by the court or in connection with a discovery motion such as a motion to compel or motion for protective order where the filing is authorized by the Rules. *See* LR IC 1-1(c)(12) and LR 26-7.

If Plaintiff continues to disregard the court's orders and the Local Rules, the court will issue an order to show cause why Plaintiff should not be sanctioned. **IT IS SO ORDERED**.

Dated: November 5, 2025

_____
Craig S. Denney
United States Magistrate Judge