**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVAN M. PARKER,<br><br>　　　Plaintiff<br><br>v.<br><br>DAMON ZAVALA, et al.,<br><br>　　　Defendants | Case No.: 3:24-cv-00300-MMD-CSD<br><br>**Order**<br><br>Re: ECF No. 35 |

On September 29, 2025, the court ordered the Clerk to issue summonses for defendants Kathleen Henderson, Recon Health Services, and Damon Zavala and deliver the same to the U.S. Marshal for service. Plaintiff was given until November 3, 2025 to complete service on all Defendants. (ECF No. 26.)

On October 20, 2025, Plaintiff filed a motion stating that these defendants remained unserved and requested they be served through their attorney of record, Paul J. Anderson, Esq., at Maupin Cox and LeGoy. (ECF No. 35.)

The court has been informed that the U.S. Marshal is still attempting service on these Defendants. In addition, while Mr. Anderson is representing defendant Nichole Von Jaeger, he has not agreed to accept service on behalf of these Defendants. As such, Plaintiff's motion (ECF No. 35) is **DENIED WITHOUT PREJUDICE**. Under the circumstances, the court will give Plaintiff until **December 15, 2025**, to complete service. **IT IS SO ORDERED**.

Dated: November 5, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Craig S. Denney
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge