UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EVAN M. PARKER,

    Plaintiff

v.

DAMON ZAVALA, et al.,

    Defendants

Case No.: 3:24-cv-00300-MMD-CSD

**Order**

Re: ECF No. 56, 60, 65

On September 29, 2025, the court ordered the Clerk to issue summonses for defendants Kathleen Henderson, Recon Health Services and Damon Zavala and deliver the same to the U.S. Marshal for service. Plaintiff was given until November 3, 2025, to complete service on all Defendants. (ECF No. 26.)

On October 20, 2025, Plaintiff filed a motion stating that these defendants remained unserved and requested they be served through their attorney of record, Paul J. Anderson, Esq., at Maupin Cox and LeGoy. (ECF No. 35.)

The court was informed that the U.S. Marshal was still attempting service on these Defendants. In addition, while Mr. Anderson is representing defendant Nichole Von Jaeger, he had not agreed to accept service on behalf of these Defendants. As such, the court denied Plaintiff's motion (ECF No. 35) without prejudice and gave Plaintiff until December 15, 2025, to complete service. (ECF No. 42.)

The summonses were subsequently returned unexecuted as to Defendants Henderson, Zavala, and Recon Health Services. (ECF Nos. 45, 50.)

Plaintiff filed a motion requesting that summonses again be issued for these Defendants with addresses for service. (ECF No. 56.)

He then filed a "rebuttal motion" to Defendants' response to his motion to identify unserved Defendants to serve them through their attorney of record. (ECF No. 60.) This motion is denied as moot as the court has already denied the underlying motion.

Plaintiff has now filed a motion requesting an additional 30 days to complete service as to Kathleen Henderson, Recon Health Services and Damon Zavala. (ECF No. 65.)

The court will grant Plaintiff's motion to extend the time to serve these three Defendants and will issue new summonses.

## CONCLUSION

(1) Plaintiff's "rebuttal motion" at ECF No. 60 is **DENIED**.

(2) Plaintiff's motion for an extension of time to complete service as to the remaining Defendants (ECF No. 65) is **GRANTED**.

(3) The motion to issue summonses (ECF No. 56) is also **GRANTED**. The Clerk shall **ISSUE** summonses for Kathleen Henderson, Recon Health Services and Damon Zavala, and deliver the same to the U.S. Marshal for service. The Clerk shall also **SEND** sufficient copies of the First Amended Complaint (ECF No. 6) and this Order to the U.S. Marshal.

(4) The Clerk shall **SEND** to Plaintiff **three** USM-285 forms. Plaintiff will have **21 days** within which to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each defendant on each form at 400 S. Virginia Street, 2nd floor, Reno, Nevada 89501.

(5) The court will give Plaintiff until **February 13, 2026,** to complete service as to these Defendants. If they are not served by that time, they will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED**.

Dated: December 17, 2025

_____
Craig S. Denney
United States Magistrate Judge