**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EVAN M. PARKER,

Plaintiff

v.

DAMON ZAVALA, et al.,

Defendants

Case No.: 3:24-cv-00300-MMD-CSD

**Order**

Re: ECF No. 90

Plaintiff has filed a motion to re-add and serve defendants. (ECF No. 90.) A motion filed the same day by Plaintiff indicates that he seeks to re-add and serve defendants Henderson, Zavala, Garcia and Bennett.

Defendants Recon Healthcare Services and Nichole Vonjaeger have filed a response (ECF No. 92), which defendants Brad Pope, John Van Diver, and Gabriel Curiel have joined (ECF No. 94).

Plaintiff was allowed to proceed with claims against defendants Recon Healthcare Services, Vonjaeger, Pope, Van Diver, Curiel, Henderson, Zavala, Garcia, and Bennett. (ECF No. 7.) The court gave Plaintiff several extensions of time to complete service as to Henderson, Zavala, Garcia and Bennett, with the last extension given until February 13, 2026. (ECF Nos. 24, 42, and 67.) Henderson, Zavala, Garcia and Bennett were not timely served, and were dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) on April 7, 2026. (ECF No. 85.) Nearly two months later, Plaintiff filed this motion to re-add and serve those defendants. (ECF No. 90.)

Plaintiff does not set forth excusable neglect, let alone good cause for his request. Plaintiff was already given a significant amount of time to attempt to serve these defendants, and these defendants have been dismissed without prejudice. The remaining defendants have filed dispositive motions which are pending before the court. For these reasons, Plaintiff's motion to re-add and serve defendants Henderson, Zavala, Garcia and Bennett (ECF No. 90) is **DENIED**.

**IT IS SO ORDERED**.

Dated: September 14, 2026

Craig S. Denney
United States Magistrate Judge